**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Richard Leirer,** | ) | **CASE NO. 1:05 CV 1404** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of Ohio, et al.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having granted the Motion of Defendant Kenneth L. Morckel for Summary Judgment (Doc. 28), hereby enters judgment in favor of defendants and against plaintiff.

IT IS SO ORDERED.

   /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 12/2/05

1